UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JESSE GUTIERREZ, | Case No. 3:19-cv-00169-MMD-CBC |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

It is ordered that Petitioner's motion for enlargement of time (ECF No. 4) is granted. Petitioner will have until June 18, 2019, to respond to the Court's order to show cause dated April 3, 2019.

DATED THIS 2nd day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE